**Order entered January 13, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-01528-CV

**KEN PAXTON IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF TEXAS AND THE STATE OF TEXAS, Appellants**

**V.**

**ARNIEKA SIMMONS, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07822**

## ORDER

The reporter's record in this accelerated appeal is overdue. Accordingly, we **ORDER** Antionette Reagor, Official Court Reporter for the 68th Judicial District Court, to file the reporter's record by **January 23, 2020**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Reagor and all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE